WILLIAM J. SIMONS et al., as Executors of ELEAZAR JACKSON, Deceased, Appellants, *v.* SANFORD H. STEELE, as Executor of JACOB COHEN, Deceased, Respondent.

*Simons* v. *Steele*, 82 App. Div. 202, affirmed.
(Argued December 7, 1903; decided January 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April

28, 1903, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

*Isaac N. Miller* for appellants.

*Charles H. Otis* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN and CULLEN, JJ. Absent : HAIGHT, J.